**Exhibit Index**

| Ex. No. | Exhibit Description |
|---|---|
| 1 | U.S. Food & Drug Admin., Full Prescribing Information for Mifeprex® (approved Mar. 2016) |
| 2 | U.S. Food & Drug Admin., Risk Evaluation and Mitigation Strategy (REMS) Single Shared System for Mifepristone 200mg (Apr. 2019) |
| 3 | Letter from John S. Cullen, M.D., FAAFP, Am. Academy of Family Physicians, to Stephen M. Hahn, M.D., U.S. Food & Drug Admin. (Mar. 25, 2020) |
| 4 | Letter from Affiliated Med. Servs. et al., to Janet Woodcock, M.D., U.S. Food & Drug Admin. (Mar. 27, 2020) |
| 5 | Letter from ACOG & the Society for Maternal-Fetal Medicine to Stephen M. Hahn, M.D., U.S. Food & Drug Admin. (Apr. 20, 2020) |
| 6 | Letter from Public Health Experts and Advocates to Janet Woodcock, M.D., U.S. Food & Drug Admin. (Apr. 28, 2020) |