# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

American College of Obstetricians and Gynecologists, et al. *

**Plaintiff,** *

**v.** * Case No. _____

United States Food and Drug Administration, et al. *

**Defendant.** *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
<sub>(name of party)</sub>
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with  American College of Obstetricians and Gynecologists :
<sub>(name of party)</sub>

ACOG, a 501(c)(6) corporation, is affiliated with ACOG Foundation, a 501(c)(3) corporation, and ACOG Landholding, a 501(c)(2) corporation.
<sub>(names of affiliates)</sub>

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
<sub>(names of entities with possible financial interests)</sub>

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                                                  (state of citizenship)

_____          _____
(name of member)                                                                  (state of citizenship)

_____          _____
(name of member)                                                                  (state of citizenship)

_____          _____
(name of member)                                                                  (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

5/27/20                                                                  *[signature]*
_____          _____
Date                                                                             Signature

                                                                         John Freedman, 20276
                                                                         _____
                                                                         Printed name and bar number

                                                                         601 Massachusetts Ave NW, Washington, DC 20001
                                                                         _____
                                                                         Address

                                                                         John.Freedman@arnoldporter.com
                                                                         _____
                                                                         Email address

                                                                         (202) 942-5000
                                                                         _____
                                                                         Telephone number

                                                                         (202) 942-5999
                                                                         _____
                                                                         Fax number

2