UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*,<br>COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*,<br>NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*,<br>SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients* and<br>HONOR MACNAUGHTON, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food And Drugs, and his employees, agents and successors in office*,<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*,<br><br>    Defendant. | Civil Action No. TDC-20-1320 |

## NOTICE

A Case Management Conference has been scheduled for **May 29, 2020 at 2:00 p.m.** to discuss Plaintiffs' Motion for Preliminary Injunction and Expedited Oral Argument. ECF No. 11.

The call-in information will be sent to counsel of record. The parties are expected to consult with their clients and confer with each other on the issues identified in the Case Management Order and, if possible, present joint views to the Court.

Date: May 28, 2020  /s/ *Theodore D. Chuang*
THEODORE D. CHUANG
United States District Judge