UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*, NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*, SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and HONOR MACNAUGHTON, M.D., <br><br>      Plaintiff, <br><br>      v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION; STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food And Drugs, and his employees, agents and successors in office,* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*, <br><br>      Defendant. | Civil Action No. TDC-20-1320 |

## ORDER

For the reasons stated during the May 29, 2020 Case Management Conference, it is hereby ORDERED that:

1. Defendants shall file their memorandum in opposition to Plaintiffs' Motion for Preliminary Injunction, ECF No. 11, no later than **Wednesday, June 10, 2020**.

2. Plaintiffs shall file any reply brief no later than **Tuesday, June 16, 2020**.

3. A video hearing on the Motion will be held on **Friday, June 19, 2020 at 9:30 a.m.** Information on how to connect to the hearing will be provided separately.

4. Defendants are directed to notify the Court of the identity of any proposed hearing witnesses and the expected length of their testimony no later than **Monday, June 8, 2020**. Plaintiffs are directed to notify the Court of the identity of any proposed hearing witnesses and the expected length of their testimony no later than **Friday, June 12, 2020**.

Date:  June 1, 2020   　　　　　　　　　　　　　　/s/ *Theodore D. Chuang*
　　　　　　　　　　　　　　　　　　　　　　　THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge