IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, et al., | * * * * | |
| Plaintiffs, | * * | Case No. 8:20-cv-1320 TDC |
| vs. | * * | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, et al., | * * * | |
| Defendants. | * | |

**********

## JOINT RESPONSE TO SCHEDULING ORDER

Plaintiffs and Defendants (together, the "Parties") jointly file the following response to the Court's scheduling order, dated June 1, 2020 (ECF No. 37):

1. Plaintiffs filed their complaint on May 27, 2020 (the "Complaint"). ECF 1. The Complaint raises Substantive Due Process and Equal Protection challenges to the "In-Person Dispensing Requirement" for the drug Mifepristone in light of the COVID-19 pandemic. ECF 1 at ¶¶ 122–125. Together with the Complaint, Plaintiffs filed a Motion for Preliminary Injunction and Request for Expedited Oral Argument (the "Motion"). ECF No. 11.

2. On June 1, 2020, the Court entered an order setting briefing deadlines and scheduling a video hearing on the Motion for Friday, June 19, 2020 at 9:30am (the "Hearing"). ECF No. 37. The Court's order directed the Parties "to notify the Court of the identity of any proposed hearing witnesses and the expected length of their testimony" by June 8, 2020 for Defendants and June 12, 2020 for Plaintiffs. *Id.* at 2.

3. The Parties hereby notify the Court that neither Plaintiffs nor Defendants will call any witnesses at the Hearing.

                                                                       Respectfully Submitted,

    */s/ John A. Freedman*

**ARNOLD & PORTER KAYE SCHOLER LLP**
John A. Freedman (D. Md Bar. No 20276)
R. Stanton Jones (D. Md. Bar No. 20690)
David J. Weiner*
Jocelyn A. Wiesner
Andrew Tutt
Gina Colarusso
601 Massachusetts Ave., NW
Washington, DC 20001
T: (202) 942-5000
F: (202) 942-5999
john.freedman@arnoldporter.com
stanton.jones@arnoldporter.com
david.weiner@arnoldporter.com
jocelyn.wiesner@arnoldporter.com
andrew.tutt@arnoldporter.com
gina.colarusso@arnoldporter.com

**AMERICAN CIVIL LIBERTIES UNION FOUNDATION**
Julia Kaye
Anjali Dalal
Ruth Harlow
Rachel Reeves
Jennifer Dalven
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
(212) 549-2650 (fax)
jkaye@aclu.org
adalal@aclu.org
rharlow@aclu.org
rreeves@aclu.org
jdalven@aclu.org

Lorie Chaiten
1640 North Sedgwick Street
Chicago, IL 60614-5714
rfp_lc@aclu.org

*Pro hac vice* application forthcoming
*Counsel for Plaintiffs*

GUSTAV EYLER
Director
Consumer Protection Branch

ANDREW CLARK
Assistant Director
Consumer Protection Branch

    */s/ Hilary K. Perkins*
HILARY K. PERKINS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street, N.W., Suite 6400 South
Washington, D.C. 20001
hilary.k.perkins@usdoj.gov


ROBERT K. HUR
U.S. Attorney, District of Maryland

    */s/ Molissa H. Farber*
MOLISSA H. FARBER
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
(410) 209-4862
Molissa.Farber@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2020, I filed a copy of this Joint Response to Scheduling Order with the Court's CM/ECF system, which electronically transmits a copy to all registered parties.

                                             /s/ Molissa H. Farber
                                             Molissa H. Farber
                                             Assistant U.S. Attorney