UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*, NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*, SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and HONOR MACNAUGHTON, M.D., <br><br>    Plaintiff, <br><br>    v. <br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food And Drugs, and his employees, agents and successors in office,* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*, <br><br>    Defendant. | Civil Action No. TDC-20-1320 |

**ORDER**

    For the reasons stated during the June 8, 2020 Case Management Conference, it is hereby ORDERED that:

1. The States of Indiana, Nebraska, Louisiana, Oklahoma, and any other additional states that would like to join these four states ("the States") are granted leave to file a Motion to Intervene no later than **Monday, June 8, 2020.**

2. Plaintiffs shall file a Response to the States' Motion to Intervene no later than **Wednesday, June 10, 2020.**

3. Both the Motion to Intervene and the Response shall be no longer than 15 pages, inclusive of any attached exhibits, and otherwise adhering to the requirements listed in Local Rule 102(2).

4. No reply brief shall be filed.

5. The States are authorized to file a brief opposing the Motion for Preliminary Injunction, ECF No. 11, no later than **Wednesday, June 10, 2020**, subject to the Court's later determination as to whether this shall be construed as an amicus brief or as a brief filed by intervenors.

Date: June 9, 2020                                /s/ *Theodore D. Chuang*
                                                  THEODORE D. CHUANG
                                                  United States District Judge