# Exhibit Index

| Ex. No. | Exhibit Description | Date |
|---|---|---|
| 10 | Risk Evaluation and Mitigation Strategies: Modifications and Revisions, Guidance for Industry | July 2019 |
| 11 | NDA Approval Memo | Sept. 28, 2000 |
| 12 | Approved Labeling Text | Sept. 28, 2000 |
| 13 | Final Deemed REMS Review | June 3, 2011 |
| 14 | Final REMS Review | Oct. 10, 2013 |
| 15 | Cross-Discipline Team Leader Review | Mar. 29, 2016 |
| 16 | Summary Review | Mar. 29, 2016 |
| 17 | Labeling Comments Review | Mar. 29, 2016 |
| 18 | REMS Modification Review | Mar. 29, 2016 |
| 19 | Clinical Review | Mar. 29, 2016 |
| 20 | ANDA Approval Letter | April 11, 2019 |
| 21 | Single-Shared Mifepristone REMS | April 11, 2019 |
| 22 | Korlym Label | Feb. 17, 2012 |
| 23 | Korlym Risk Management Review | Jan. 27, 2012 |
| 24 | Korlym Summary Review | Feb. 17, 2012 |
| 25 | H. Perkins Declaration | June 10, 2020 |