# EXHIBIT 13

**Department of Health and Human Services**
**Food and Drug Administration**
**Center for Drug Evaluation and Research**
(b) (6)

**FINAL deemed REMS REVIEW**

| | |
|---|---|
| **Date:** | June 3, 2011 |
| **To:** | (b) (6) |
| **Through:** | (b) (6) |
| **From:** | (b) (6) |
| **Subject:** | Review of Risk Evaluation and Mitigation Strategy |
| **Drug Name:** | mifepristone (Mifeprex) |
| **Application Type/Number:** | NDA 20-687 |
| **Applicant:** | Danco Laboratories, LLC |
| (b) (6) #: | 2008-1841 |
| (b) (6) | 257 |

## 1   INTRODUCTION

This is the _____ (b) (6) final review of the Risk Evaluation and Mitigation Strategy (REMS) for Mifeprex (mifepristone).

Mifeprex was approved for the medical termination of intrauterine pregnancy through 49 days' pregnancy on September 28, 2000 under 21 CFR 314 Subpart H.

Since approval, mifepristone has been available only through a restricted distribution program that requires prescribers to be enrolled to be able to order Mifeprex and it can only be dispensed in a clinic, medical office, or hospital, by or under the supervision of a specially certified prescriber. Mifeprex is not distributed to or dispensed through retail pharmacies. Finally, before dispensing Mifeprex, patients must sign an agreement form.

Mifepristone was included on the list of products deemed to have in effect an approved risk evaluation and mitigation strategy (REMS) under section 505-1 of the Federal Food, Drug, and Cosmetic Act with the passage of the Food and Drug Administration Amendments Act (FDAAA) of 2007. The spnsors of such listed products were required to submit a REMS propoal by September 21, 2008. The sponsor (Danco) submitted a proposal on September 16, 2008. The final proposal submitted May 27, 2011 incorported the elements from the approved risk management program.

## 2   MATERIALS REVIEWED

We reviewed the following submissions:

- Proposed REMS and REMS Supporting Document, submissions of September 16, 2008, December 9, 2008, November 8, 2010, May 19, 2011, May 27, 2011

## 3   RESULTS OF REVIEW – Risk Evaluation and Mitigation Strategy (REMS)

### 3.1   Goal

The goals of the REMS are to:

- To provide information to patients about the benefits and risks of MIFEPREX before they make a decision whether to take the drug.

- To minimize the risk of serious complications by requiring prescribers to certify that they are qualified to prescribe MIFEPREX and are able to assure patient access to appropriate medical facilities to manage any complications.

### 3.2   REMS Elements

#### 3.2.1   Medication Guide

A Medication Guide will be dispensed with each MIFEPREX prescription in accordance with 21 CFR 208.24.

### 3.2.1 Communication Plan

The Mifeprex REMS does not include a Communication Plan

### 3.2.2 Elements to Assure Safe Use

1. **Healthcare providers who prescribe MIFEPREX will be specially certified.**

   Danco will ensure that healthcare providers who prescribe MIFEPREX are specially certified.

   a. To become specially certified, each prescriber must complete and fax to the MIFEPREX distributor the one-time Prescriber's Agreement, agreeing that they meet the qualifications and will follow the guidelines outlined in the Prescriber's Agreement.

   b. The following materials are part of the REMS and are appended:

      - Prescriber's Agreement
      - Patient Agreement

2. **MIFEPREX will be dispensed only in certain health care settings, specifically clinics, medical offices, and hospitals.**

   Danco will ensure that MIFEPREX will only be available to be dispensed in a clinic, medical office, or hospital, by or under the supervision of a specially certified prescriber. MIFEPREX will not be distributed to or dispensed through retail pharmacies.

3. **MIFEPREX will only be dispensed to patients with documentation of safe use conditions.**

   Danco will ensure that MIFEPREX will only be dispensed to patients with documentation of the following safe use conditions:

   a. The patient has completed and signed the Patient Agreement, and the Patient Agreement has been placed in the patient's medical record.

   b. The patient has been provided copies of the signed Patient Agreement and the Medication Guide.

### 3.2.3 Implementation System

The Implementation System will include the following:

1. Distributors who distribute MIFEPREX will be certified. To become certified, distributors must agree to:

   a. Ship drug only to site locations identified by specially certified prescribers in signed Prescriber's Agreements, and maintain secure and confidential records of shipments.

   b. Follow all distribution guidelines, including those for storage, tracking package serial numbers, proof of delivery, and controlled returns.

2. Danco will assess the performance of the certified distributors with regard to the following:

   a. Whether a secure, confidential and controlled distribution system is being maintained with regard to storage, handling, shipping, and return of MIFEPREX.

   b. Whether MIFEPREX is being shipped only to site locations identified by specially certified prescribers in the signed Prescriber's Agreement and only available to be dispensed to patients in a clinic, medical office, or hospital by or under the supervision of a specially certified prescriber.

3. If Danco determines the distributors are not complying with these requirements, Danco will take steps to improve their compliance.

### 3.2.4 Timetable for Submission of Assessments

Danco will submit REMS assessments to the FDA one year from the date of the approval of the REMS and every three years thereafter. To facilitate inclusion of as much information as possible while allowing reasonable time to prepare the submission, the assessment reporting interval covered by each assessment should conclude no earlier than 60 days before the submission date for that assessment. Danco will submit each assessment so that it will be received by the FDA on or before the due date.

### 3.3 REMS Assessment Plan

The REMS assessment reports will include the following:

1. Number of prescribers enrolled (cumulative)
2. Number of new prescribers enrolled during reporting period
3. Number of prescribers ordering MIFEPREX during reporting period

4. Number of healthcare providers who attempted to order MIFEPREX who were not enrolled. Describe actions taken (during reporting period and cumulative)

5. Number of women exposed to MIFEPREX (during reporting period and cumulative)

6. Copies of MedWatch forms for each of the following adverse events during the assessment period; and for each of the following adverse events, the cumulative number from the date of approval of Mifeprex up to the approval date of the REMS, the number for each reporting period, and the cumulative number since the approval date of Mifeprex:

    - On-going pregnancies not terminated subsequent to the conclusion of the treatment procedure
    - Women hospitalized due to complications
    - Women requiring transfusion(s) of two or more units of packed cells or whole blood, or having a hemoglobin of 6 gm/dL or less or a hematocrit of 18% or less
    - Serious infection, sepsis
    - Death
    - Other serious and unexpected adverse events

7. Summary and analysis of any program deviations and corrective action taken

8. Based on the information reported, an assessment and analysis of whether the REMS is meeting its goals and whether modifications to the REMS are needed

9. Per section 505-1(g)(3)(B) and (C), information on the status of any postapproval study or clinical trial required under section 505(o) or otherwise undertaken to investigate a safety issue. With respect to any such postapproval study, you must include the status of such study, including whether any difficulties completing the study have been encountered. With respect to any such postapproval clinical trial, you must include the status of such clinical trial, including whether enrollment has begun, the number of participants enrolled, the expected completion date, whether any difficulties completing the clinical trial have been encountered, and registration information with respect to requirements under subsections (i) and (j) of section 402 of the Public Health Service Act. You can satisfy these requirements in your REMS assessments by referring to relevant information included in the most recent annual report required under section 506B and 21 CFR 314.81(b)(2)(vii) and including any updates to the status information since the annual report was prepared. Failure to comply

with the REMS assessments provisions in section 505-1(g) could result in enforcement action.

## 4   DISCUSSION/CONCLUSION

During a face-to-face meeting with Danco on April 28, 2011, FDA and Danco agreed on the REMS and REMS assessment parameters as outlined above and attached (see Attachment A).

## 5   RECOMMENDATION

The REMS submitted May 27, 2011 is acceptable. The REMS should be approved.

### ATTACHMENTS
- Mifeprex REMS
- Mifeprex Prescriber's Agreement
- Mifeprex Patient Agreement
- Interim Review #1 dated February 11, 2010
- Interim Review #2/ (b) (6) Background Document dated December 6, 2010