UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*,<br>COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*,<br>NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*,<br>SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and<br>HONOR MACNAUGHTON, M.D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food And Drugs, and his employees, agents and successors in office,*<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*,<br><br>    Defendants. | Civil Action No. TDC-20-1320 |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that the Motion for Intervention, ECF No. 51, filed by the States of Indiana, Louisiana, Alabama,

Arkansas, Idaho, Kentucky, Mississippi, Missouri, Nebraska, and Oklahoma ("the States"), is DENIED, and the States' Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction, ECF No. 63, shall be construed as an amicus brief.

Date: June 15, 2020                           /s/ *Theodore D. Chuang*
                                              THEODORE D. CHUANG
                                              United States District Judge