IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*, <br><br> Defendants. | CIV. NO. 20-1320 |

**PROPOSED SCHEDULE FOR SUPPLEMENTAL BRIEFING ON**
***JUNE MEDICAL SERVICES, L.L.C. V. RUSSO***

The Parties jointly and respectfully request leave to file short supplemental briefs to address how yesterday's decision in *June Medical Services, L.L.C. v. Russo*, --- S. Ct. --- (June 29, 2020), informs the issues presented in the above-referenced case, by Wednesday, July 1, 2020.

1

Respectfully submitted,

*/s/ John A. Freedman*

| | |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Julia Kaye* | John A. Freedman (D. Md Bar. No 20276) |
| Anjali Dalal* | R. Stanton Jones (D. MD. Bar No. 20690) |
| Ruth Harlow* | David J. Weiner* |
| Rachel Reeves* | Jocelyn A. Wiesner* |
| Jennifer Dalven* | Andrew Tutt* |
| 125 Broad Street, 18th Floor | Gina Colarusso* |
| New York, NY 10004 | 601 Massachusetts Ave., NW |
| (212) 549-2633 | Washington, DC 20001 |
| (212) 549-2650 (fax) | T: (202) 942-5000 |
| jkaye@aclu.org | F: (202) 942-5999 |
| adalal@aclu.org | john.freedman@arnoldporter.com |
| rharlow@aclu.org | stanton.jones@arnoldporter.com |
| rreeves@aclu.org | david.weiner@arnoldporter.com |
| jdalven@aclu.org | jocelyn.wiesner@arnoldporter.com |
| | andrew.tutt@arnoldporter.com |
| Lorie Chaiten* | gina.colarusso@arnoldporter.com |
| 1640 North Sedgwick Street | |
| Chicago, IL 60614-5714 | |
| rfp_lc@aclu.org | |

*Pro hac vice

*Counsel for Plaintiffs*

GUSTAV EYLER
Director
Consumer Protection Branch

ANDREW CLARK
Assistant Director
Consumer Protection Branch

*/s/ Hilary K. Perkins*

HILARY K. PERKINS
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
450 Fifth Street, N.W., Suite 6400 South

Washington, D.C. 20001
hilary.k.perkins@usdoj.gov
ROBERT K. HUR
U.S. Attorney, District of Maryland

MOLISSA H. FARBER
Assistant U.S. Attorney
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
 (410) 209-4862
Molissa.Farber@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on June 30, 2020, I filed a copy of this Proposed Schedule for Supplemental Briefing on *June Medical Services, L.L.C. v. Russo*, with the Court's CM/ECF system, which electronically transmits a copy to all registered parties.

*/s/ John Freedman*
John A. Freedman
601 Massachusetts Ave., NW
Washington, D.C., 20001
T: (202) 942-5000
john.freedman@arnoldporter.com