# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*,<br>COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*,<br>NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*,<br>SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and<br>HONOR MACNAUGHTON, M.D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food And Drugs, and his employees, agents and successors in office,*<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*,<br><br>    Defendants. | Civil Action No. TDC-20-1320 |

**ORDER**

    Having reviewed the States' Notice of Intent to File Motion to Intervene of Right, ECF No. 77, the Court finds that where there is no basis to supplement a motion that has already been

decided, the States may file a Motion for Reconsideration of the prior ruling by **Monday, July 6, 2020**. As agreed to in the Notice, the States will attach their proposed Answer to the Amended Complaint and not raise new arguments or offer additional briefing. Any opposition to the Motion for Reconsideration shall be filed by **Thursday, July 9, 2020**. No reply brief will be permitted. The filings shall be limited to no more than **three pages**, exclusive of the proposed Answer.

Date:  June 30, 2020               /s/ *Theodore D. Chuang*
                                              THEODORE D. CHUANG
                                              United States District Judge