**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*,<br>COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*,<br>NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*,<br>SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and<br>HONOR MACNAUGHTON, M.D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food And Drugs, and his employees, agents and successors in office,*<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*,<br><br>    Defendants. | Civil Action No. TDC-20-1320 |

**ORDER**

Upon consideration of the Proposed Schedule for Supplemental Briefing to address the United States Supreme Court's June 29, 2020 decision in *June Medical Services, L.L.C. v. Russo*,

it is hereby ORDERED that:

1. The Proposed Schedule, ECF No. 80, is GRANTED.

2. Plaintiffs and Defendants may file simultaneous, supplemental briefs on this issue no later than **Wednesday, July 1, 2020**. Each side is limited to a single brief of no more than ten pages.

3. No briefs responding to the supplemental briefs will be permitted.

Date: June 30, 2020            /s/ *Theodore D. Chuang*
THEODORE D. CHUANG
United States District Judge