# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*, NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*, SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and HONOR MACNAUGHTON, M.D., <br><br>     Plaintiffs, <br><br>     v. <br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food and Drugs, and his employees, agents and successors in office,* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*, <br><br>     Defendants. | Civil Action No. TDC-20-1320 |

# ORDER

For the foregoing reasons, Plaintiffs' Motion for a Preliminary Injunction, ECF No. 11, is

GRANTED IN PART and DENIED IN PART.  The Motion is granted as to the due process claim

arising from the in-person dispensing and signature requirements applicable to the prescribing of mifepristone to medication abortion patients, subject to the specific terms identified in the accompanying Preliminary Injunction.  The Motion is otherwise denied.


Date:  July 13, 2020                                   /s/ *Theodore D. Chuang*
                                                    THEODORE D. CHUANG
                                                    United States District Judge