**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

AMERICAN COLLEGE OF
OBSTETRICIANS AND
GYNECOLOGISTS, *et al.*,

               Plaintiffs,

      vs.

UNITED STATES FOOD AND DRUG
ADMINISTRATION; STEPHEN M. HAHN,
M.D., in his official capacity as
COMMISSIONER OF FOOD AND DRUGS,
and his employees, agents and successors in
office; UNITED STATES DEPARTMENT
OF HEALTH AND HUMAN SERVICES;
and ALEX AZAR, J.D., in his official
capacity as SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND
HUMAN SERVICES, and his employees,
agents and successors in office,

               Defendants.

Case No. 8:20-cv-1320-TDC

## <u>NOTICE OF APPEAL</u>

     Notice is hereby given that all Defendants in this action appeal to the United States Court

of Appeals for the Fourth Circuit the Court's Memorandum Opinion and Order, Dkt. Nos. 90, 91,

entered on July 13, 2020, granting in part and denying in part Plaintiffs' Motion for a

Preliminary Injunction, and the Court's Preliminary Injunction, Dkt. 92, entered on July 13,

2020, enjoining Defendants from enforcing in-person dispensing and signature requirements

during the COVID-19 pandemic for a medication abortion drug.

Dated:  July 22, 2020                          Respectfully submitted,


ROBERT P. CHARROW                      ETHAN P. DAVIS
General Counsel                        Acting Assistant Attorney General
                                       Civil Division

STACY CLINE AMIN
Chief Counsel                          GUSTAV W. EYLER
Food and Drug Division                 Director
                                       Consumer Protection Branch

ANNAMARIE KEMPIC
Deputy Chief Counsel, Litigation       ANDREW E. CLARK
                                       Assistant Director

SHOSHANA HUTCHINSON
U.S. Department of                     CHRISTOPHER A. BATES
Health and Human Services              WILLIAM K. LANE III
Office of the General Counsel          Counsels to the Assistant Attorney General
Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993                */s/ Hilary K. Perkins*
                                       HILARY K. PERKINS
                                       Trial Attorney
                                       Consumer Protection Branch
                                       Civil Division
                                       U.S. Department of Justice
                                       450 Fifth St., N.W., Suite 6400
                                       Washington, DC 20530

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 22nd day of July 2020, I electronically filed the foregoing

document with the Clerk of the Court using the CM/ECF system, which will send notification of

such filing to all counsel of record.

*/s/ Hilary K. Perkins*
Hilary K. Perkins
Trial Attorney
Consumer Protection Branch
U.S. Department of Justice
