**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*, NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*, SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and HONOR MACNAUGHTON, M.D.,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION;<br>STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food and Drugs, and his employees, agents and successors in office,*<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*,<br><br>      Defendants. | Civil Action No. TDC-20-1320 |

**ORDER**

For the reasons stated during the July 24, 2020 Case Management Conference, it is hereby

ORDERED that:

1. Defendants are granted leave to file the proposed Motion to Stay the Preliminary Injunction, ECF No. 99, no later than **Friday, July 24, 2020**.

2. By agreement of the parties, Plaintiffs need not file a memorandum in opposition to the Motion to Stay unless directed to do so by the Court on a schedule to be set by the Court.

3. Defendants have agreed to waive the filing of a reply brief on the Motion to Stay.

4. Plaintiffs are granted leave to file the proposed Motion for Clarification of the Court's July 13, 2020 Memorandum Opinion and Order on the Motion for Preliminary Injunction, ECF No. 101, no later than **Wednesday, July 29, 2020.**

5. Defendants shall file a memorandum in opposition to the Motion for Clarification no later than **Friday, August 7, 2020.**

6. If Plaintiffs choose to file a reply brief, it shall be filed no later than **Friday, August 14, 2020.**

Date: July 24, 2020  /s/ *Theodore D. Chuang*
THEODORE D. CHUANG
United States District Judge