# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*, NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*, SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients*, and HONOR MACNAUGHTON, M.D., <br><br>    Plaintiffs, <br><br>    v. <br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION; STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food and Drugs, and his employees, agents and successors in office,* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*, <br><br>    Defendants. | Civil Action No. TDC-20-1320 |

## ORDER

Pending before the Court is Defendants' Motion to Stay Preliminary Injunction Pending Appeal, ECF No. 104. In deciding whether to grant a stay, the Court considers four factors: "(1)

whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure other parties interested in the proceeding; and (4) where the public interest lies." *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). The Government's harm and the public interest merge when the Government is a party. *See Nken v. Holder*, 556 U.S. 418, 435 (2009).

Having reviewed the Motion to Stay, the Court finds that for reasons stated in the Court's Memorandum Opinion on Plaintiffs' Motion for a Preliminary Injunction, ECF No. 90, Defendants do not satisfy the requirements for a stay of the preliminary injunction. Accordingly, it is hereby ORDERED that Defendant's Motion to Stay Preliminary Injunction Pending Appeal, ECF No. 104, is DENIED.

Date:  July 30, 2020                              /s/ *Theodore D. Chuang*
                                                                    THEODORE D. CHUANG
                                                                    United States District Judge