FILED: August 13, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1824
(8:20-cv-01320-TDC)

_____

AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, on behalf of its members and members' patients; COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY; NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, on behalf of its members and members' patients; SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, on behalf of its members and members' patients; HONOR MACNAUGHTON, M.D.

    Plaintiffs - Appellees

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION; STEPHAN HAHN, M.D., in his official capacity of Commissioner of Food and Drugs, and his employees, agents and successors in office; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; ALEX AZAR, in his official capacity of Secretary, United States Department of of Health and Human Services, and his employees, agents and successors in office

    Defendants - Appellants

_____

O R D E R

_____

Upon review of submissions relative to the motion for stay pending appeal, the court denies the motion.

Entered at the direction of Chief Judge Gregory with the concurrence of Judge Motz and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk
