UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*,<br>COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*,<br>NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*,<br>SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients* and<br>HONOR MACNAUGHTON, M.D.,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION,<br>STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food and Drugs, and his employees, agents and successors in office,*<br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office*,<br><br>    Defendants. | Civil Action No. TDC-20-1320 |

## NOTICE

Upon request of the parties, the telephonic Case Management Conference originally scheduled for Tuesday, October 13, 2020 at 3:00 p.m. has been rescheduled for **Thursday, October 15, 2020 at 11:30 a.m.**

To join the call at the scheduled time:

1. Dial **1-888-557-8511**.
2. Enter access code **3008173**, followed by the # key.  You will then be placed on hold until Chambers dials into the call, at which point you will be prompted to enter a security code.
3. When prompted, enter security code **10151130** followed by the # key.

The call will be recorded, so please do not use speakerphones as they compromise sound quality.

Also, we ask that parties not remain on the conference line after the Judge has left the call, to ensure that the line is free for other calls that may be on the Judge's calendar.

Date:  October 13, 2020                                  /s/ *Theodore D. Chuang*
                                                                          THEODORE D. CHUANG
                                                                          United States District Judge