UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *on behalf of its members and members' patients*, COUNCIL OF UNIVERSITY CHAIRS OF OBSTETRICS AND GYNECOLOGY, *on behalf of its members and members' patients*, NEW YORK STATE ACADEMY OF FAMILY PHYSICIANS, *on behalf of its members and members' patients*, SISTERSONG WOMEN OF COLOR REPRODUCTIVE JUSTICE COLLECTIVE, *on behalf of its members and members' patients* and HONOR MACNAUGHTON, M.D., <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES FOOD AND DRUG ADMINISTRATION, STEPHEN M. HAHN, M.D., *in his official capacity as Commissioner of Food and Drugs, and his employees, agents and successors in office,* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and ALEX AZAR, J.D., *in his official capacity as Secretary, United States Department of Health and Human Services, and his employees, agents and successors in office,* <br><br>  Defendants. | Civil Action No. TDC-20-1320 |

## ORDER

For the reasons stated during the October 15, 2020 Case Management Conference, it is hereby ORDERED that:

1. Defendants may file a Motion to Dissolve, Modify, or Stay the Injunction on or after **October 26, 2020** but no later than **October 30, 2020**. Plaintiffs' memorandum in opposition to the Motion shall be filed no later than **14 days** after filing of the Motion. Defendants' reply brief shall filed no later than **seven days** after Plaintiffs have filed their brief. The briefs on the Motion are limited to 25 pages, with the exception of Defendants' reply brief, which is limited to 10 pages.

2. Plaintiffs may file a Motion Requesting Supplemental Information from Defendants no later than **two days** after Defendants have filed their Motion. Defendants shall file a response to any Plaintiffs' Motion within **two days** of its filing. The briefs are limited to five pages each, and no reply brief is permitted.

Date: October 19, 2020

THEODORE D. CHUANG
United States District Judge