IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN COLLEGE OF
OBSTETRICIANS AND
GYNECOLOGISTS, *et al.*,

        Plaintiffs,

vs.

UNITED STATES FOOD AND DRUG
ADMINISTRATION, *et al.*,

        Defendants.

Case No. 8:20-cv-1320-TDC

### ORDER

Having reviewed the Parties' Joint Status Report, it is hereby ORDERED that:

1. Defendants' responsive pleading deadline and the entry of a scheduling order remain stayed until a new deadline is set upon receipt of a further Joint Status Report to be submitted by the Parties within sixty days.

2. The Court directs the Parties to submit a Joint Status Report by no later than March 22, 2021.

Date: January 21, 2021

        */s/ Theodore D. Chuang*
        THEODORE D. CHUANG
        United States District Judge