IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN COLLEGE OF OBSTETRICIANS AND GYNECOLOGISTS, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | CIV. NO. 20-1320-TDC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and in the absence of an answer or motion for summary judgment by Defendants, *see* Dkt. 153, Plaintiffs hereby dismiss without prejudice the above-captioned action.

1

Dated: May 11, 2021

                                    Respectfully submitted,

| */s/ Julia Kaye* | */s/ John A. Freedman* |
|---|---|
| **AMERICAN CIVIL LIBERTIES UNION FOUNDATION** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Julia Kaye* | John A. Freedman (D. Md Bar. No 20276) |
| Jennifer Dalven* | R. Stanton Jones (D. MD. Bar No. 20690) |
| Ruth Harlow* | David J. Weiner* |
| Rachel Reeves* | Jocelyn A. Wiesner* |
| Whitney White* | Andrew Tutt* |
| 125 Broad Street, 18th Floor | Gina Colarusso* |
| New York, NY 10004 | 601 Massachusetts Ave., NW |
| T: (212) 549-2633 | Washington, DC 20001 |
| F: (212) 549-2650 | T: (202) 942-5000 |
| jkaye@aclu.org | F: (202) 942-5999 |
| jdalven@aclu.org | john.freedman@arnoldporter.com |
| rharlow@aclu.org | stanton.jones@arnoldporter.com |
| rreeves@aclu.org | david.weiner@arnoldporter.com |
| wwhite@aclu.org | jocelyn.wiesner@arnoldporter.com |
| | andrew.tutt@arnoldporter.com |
| Lorie Chaiten* | gina.colarusso@arnoldporter.com |
| 1640 North Sedgwick Street | |
| Chicago, IL 60614-5714 | |
| rfp_lc@aclu.org | *Pro hac vice* |
| T: (212) 549-2633 | |
| F: (212) 549-2650 | |

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that this document will be served on the Defendants in accordance with Fed. R. Civ. P. 5.

                                       */s/ John A. Freedman*
                                       John A. Freedman
                                       601 Massachusetts Ave., NW
                                       Washington, DC, 20001
                                       T: (202) 942-5000
                                       john.freedman@arnoldporter.com